**In re Harvey Patrick SHORT,
Petitioner.**

No. 12–3386.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to
Rule 21, Fed. R.App. P.
Sept. 27, 2012.

Filed Nov. 1, 2012.

Harvey Patrick Short, Marienville, PA,
pro se.

Before: RENDELL, HARDIMAN and COWEN, Circuit Judges.

OPINION

PER CURIAM.

Pro se litigant Harvey Patrick Short has petitioned this Court for a writ of mandamus directing the United States District Court for the District of New Jersey to conduct an "initial review" of his second amended complaint, and "to allow the action to proceed with [service of process] if a cause of action is established. . . ." The District Court has since dismissed Short's second amended complaint without prejudice. Because Short has now received the relief he requested in his mandamus petition, we will deny his mandamus petition as moot.